| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Francisco Ricardo Laborin-Espinosa**<br>DOB: 1979; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**15-08694MJ** |

Complaint for violation of Title 21, United States Code §§ 846 and 844(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1:  Beginning at a time unknown, and continuing to on or about July 22, 2015, at or near Comobabi, on the Tohono O'odham Indian Nation, in the District of Arizona, **Francisco Ricardo Laborin-Espinosa**, named herein as defendant, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to possess with intent to distribute 50 kilograms or more of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).
    All in violation of Title 21, United States Code, Section 846.

Count 2:  On or about July 22, 2015, at or near Comobabi, on the Tohono O'odham Indian Nation, in the District of Arizona, **Francisco Ricardo Laborin-Espinosa** did knowingly and intentionally possess approximately 20 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 844(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 22, 2015, U.S. Border Patrol agents noticed a single set of footprints in the vicinity of the Comobabi Mountains near Three Points, Arizona. The agents started walking cross country along the base of the mountains toward a trail system and detected the distinct odor of humans who had been in the desert for an extended period of time. As one agent approached the source of the odor, he observed three male subjects sitting beneath a tree wearing camouflage clothing and shoes covered booties. The agent was able to apprehended one subject, later identified as Francisco Ricardo LABORIN-Espinoza, while the other two absconded from the area. The agent also noticed a faint aroma of marijuana and noticed that LABORIN-Espinoza had significant bruising on his shoulders in the shape of backpacks straps. The agent noticed that there were some discarded outer garments nearby covered with tiny fibers of burlap residues. The agent then began to search the dense brush north of the apprehension location and discovered a large burlap backpack of marijuana under a bush. The bundle was located approximately 293 feet away from where LABORIN-Espinoza was found. The agent continued to search the area and found several additional bundles of marijuana. The agent noticed that some of the bundles had extra carpet tiles attached to them that appeared to be the same material as that worn around the shoes of LABORIN-Espinoza.

Agents seized a total of five bundles from the area. The bundles were tested and determined to be positive for the characteristics of marijuana. The marijuana weighed approximately 102.40 kilograms.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>CHR/am<br>AUTHORIZED AUSA Craig H. Russell | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 23, 2015 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54